**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

RLI INSURANCE COMPANY,

Plaintiff,

-against-

AST ENGINEERING CORPORATION, CORAL
CRYSTAL LLC, FEDERAL INSURANCE
COMPANY, MCARTHUR MORGAN, LLC,
SEA BREEZE GENERAL CONSTRUCTION,
INC., J.V.C. GROUP N.Y. CORP.,
PHILIBERT ENGINEERING, P.C., and GRAD
URBAN DESIGN, INC.,

Defendants.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/23/19

**19 CIVIL** 1649 (DLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated December 20, 2019, RLI's motion for summary

judgment is denied. AST's cross-motion for summary judgment is granted. RLI's request for

leave to amend is denied. AST's request for attorneys' fees is denied.

**Dated:** New York, New York
December 23, 2019

**RUBY J. KRAJICK**

**BY:**

**Clerk of Court**

**Deputy Clerk**